UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BYRON KEITH CHANT,

          Plaintiff,

v.

CLARK COUNTY JAIL,

          Defendants.

CASE NO. C12-5871 BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 10. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    Plaintiff's complaint is **DISMISSED**.

Dated this 14th day January, 2013.

                                      BENJAMIN H. SETTLE
                                      United States District Judge